

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2015

No. 04-14-00740-CV

Art **REYNA,**
Appellant

v.

Irene **BALDRIDGE** and Kathy Hill,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03985
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his reply brief is GRANTED. Appellant's reply brief is filed as of April 21, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court